# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANNON ANSPACH, | : | No. 4:18-CV-01916 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| THE EVANGELICAL COMMUNITY HOSPITAL, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 30th day of April 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss for Failure to Prosecute (Doc. 40) is **GRANTED IN PART** as follows:

   a. Plaintiff Shannon Anspach shall produce her initial disclosures, as well as responses to all outstanding interrogatories and requests for production, on or before **Thursday, May 7, 2020**.

   b. All objections other than claims of privilege are deemed waived.[1]

   c. Discovery shall be reopened until May 7, 2020 for this limited purpose.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1] *See* Fed. R. Civ. P. 33(b)(4); *Swain v. Encore Med. Corp.*, No. Civ. A. 3:04-174, 2006 WL 3308435, at *2 (W.D. Pa. Oct. 19, 2006).