# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNON ANSPACH, | No. 4:18-CV-01916 |
| Plaintiff, | (Judge Brann) |
| v. | |
| EVANGELICAL COMMUNITY HOSPITAL, | |
| Defendant. | |

## ORDER

**AND NOW**, this 16th day of July 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. 55) is **GRANTED**.

2. Final Judgment is entered in favor of Defendant and against Plaintiff.

3. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge